Form oapvins

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:    Stephanie Dollar
          Debtor

Case No.: 4:21–bk–10333
Chapter: 13
Judge: Phyllis M. Jones

### ORDER GRANTING APPLICATION / MOTION TO PAY FILING FEE IN INSTALLMENTS

An Application / Motion to Pay the Filing Fee in Installments was entered in the above case.

It is hereby ORDERED that the Application / Motion is GRANTED.

The filing fee is due on or before the first date set for the **meeting of creditors** unless an alternate date is entered here: **4/13/21**

Dated: 2/3/21

*/s/ Phyllis M. Jones*

UNITED STATES BANKRUPTCY JUDGE