# Notice Recipients

District/Off: 0860–4　　　User: latrese　　　Date Created: 2/3/2021
Case: 4:21–bk–10333　　　Form ID: oapvins　　　Total: 3

**Recipients of Notice of Electronic Filing:**
ust　　U.S. Trustee (ust)　　USTPRegion13.LR.ECF@usdoj.gov
aty　　Brian Christopher Wilson　　bcwlaw@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Stephanie Dollar　　401 High Hill Rd.　　North Little Rock, AR 72116

TOTAL: 1