# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: linda | Date Created: 2/3/2021 |
| Case: 4:21–bk–10333 | Form ID: 309I | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Stephanie Dollar | 401 High Hill Rd. | North Little Rock, AR 72116 |
| ust | U.S. Trustee (ust) | Office Of U. S. Trustee  200 W Capitol, Ste. 1200 | Little Rock, AR 72201 |
| tr | Joyce Bradley Babin | Chapter 13 Standing Trustee  **Line 1: 877–694–8061 code5202809  Line 2: 877–953–5412 code 6692958**  P.O. Box 8064 | Little Rock, AR 72203–8064 |
| aty | Brian Christopher Wilson | Attorney at Law  P.O. Box 3098 | Little Rock, AR 72203 |
| 6637414 | American First Finance | 3515 N. Ridge Rd. #200 | Wichita, KS 67205 |
| 6637415 | Arkansas DF&A | Revenue Legal Counsel  P.O. Box 1272 | Little Rock, AR 72203 |
| 6637416 | Arkansas Owner Finance, LLC | 143 Lily Dr. | Maumelle, AR 72113 |
| 6637417 | Atlas Acquisitions LLC | 294 Union St. | Hackensack, NJ 07601 |
| 6637418 | Caine & Weiner | 5805 Sepulveda Blvd. 4th FL | Van Nuys, CA 91411 |
| 6637419 | Cannon Finance | 1425–B Airport Road | Hot Springs National, AR 71913 |
| 6637420 | Capital One | P.O. Box 30281 | Salt Lake City, UT 84130 |
| 6637421 | Dept. of Treasury | Internal Revenue Services  P.O. Box 7346 | Philadelphia, PA 19101 |
| 6637422 | Dept. of Workforce Services | P.O. Box 8040 | Little Rock, AR 72203 |
| 6637423 | EZ Rental | 1001 North Missouri | West Memphis, AR 72301 |
| 6637424 | First Premier | 3820 North Louise | Sioux Falls, SD 57107 |
| 6637425 | ICS | 10925 Otter Creek East | Mabelvale, AR 72103 |
| 6637426 | Jefferson Capital Systems | PO Box 7999 | Saint Cloud, MN 56302 |
| 6637427 | John Gibson Auto Sales | 1425 Airport Road | Hot Springs National Park, AR 71913 |
| 6637428 | Progressive | P.O. Box 31260 | Tampa, FL 33631 |
| 6637429 | Progressive Leasing | P.O. Box 413110 | Salt Lake City, UT 84141 |
| 6637430 | Radiology Consultants | 9601 Baptist Health Drive  Suite 1100 | Little Rock, AR 72205 |
| 6637431 | Resurgent / Lvnv Funding | Po Box 1269 | Greenville, SC 29602 |
| 6637432 | Snap Finance, LLC | 1193 W. 2400 S | Salt Lake City, UT 84119 |
| 6637433 | United States Attorney | Eastern District of Arkansas  PO Box 1229 | Little Rock, AR 72203 |
| 6637434 | Webbank/Fingerhut | 6250 Ridgewood Road | Saint Cloud, MN 56303 |

TOTAL: 25