United States Bankruptcy Court

Eastern District of Arkansas

In re:                                                                      Case No. 21-10333-pmj

Stephanie Dollar                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0860-4 | User: latrese | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: oapvins | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Stephanie Dollar, 401 High Hill Rd., North Little Rock, AR 72116-7209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021        Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Debtor Stephanie Dollar bcwlawecf@gmail.com;R41121@notify.bestcase.com |
| Joyce Bradley Babin | ecfmail@13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov<br>Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

Form oapvins

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:      Stephanie Dollar
            Debtor

Case No.: 4:21−bk−10333
Chapter:  13
Judge:  Phyllis M. Jones

## ORDER GRANTING APPLICATION / MOTION TO PAY FILING FEE IN INSTALLMENTS

An Application / Motion to Pay the Filing Fee in Installments was entered in the above case.

It is hereby ORDERED that the Application / Motion is GRANTED.

The filing fee is due on or before the first date set for the **meeting of creditors** unless an alternate date is entered here: **4/13/21**

Dated: 2/3/21

UNITED STATES BANKRUPTCY JUDGE