IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   STEPHANIE DOLLAR                                             Case No:  4:21-bk-10333 J

## OBJECTION TO CONFIRMATION OF INITIAL PLAN

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

1. 11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income. **The plan proposes that the value of collateral be determined in Section 3.4. When a request for valuation is made in the plan, Bankruptcy Rule 3012 requires that the plan be served on the claim holder in the manner provided for service of a summons and complaint by Bankruptcy Rule 7004.**

Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

/s/ Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on April 19, 2021.

/s/ Joyce Bradley Babin
Joyce Bradley Babin

cc:   Stephanie Dollar
      401 High Hill Rd.
      North Little Rock, AR  72116