# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: admin | Date Created: 5/25/2021 |
| Case: 4:21–bk–10333 | Form ID: pdf03As | Total: 32 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee (ust)          USTPRegion13.LR.ECF@usdoj.gov
tr      Joyce Bradley Babin         ecfmail@13ark.com
aty     Brian Christopher Wilson    bcwlaw@yahoo.com
```
                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Stephanie Dollar         401 High Hill Rd.         North Little Rock, AR 72116
6637414    American First Finance   3515 N. Ridge Rd. #200    Wichita, KS 67205
6651416    American First Finance   c/o Becket and Lee LLP    PO Box 3002      Malvern, PA 19355–0702
6637415    Arkansas DF&A            Revenue Legal Counsel     P.O. Box 1272    Little Rock, AR 72203
6637416    Arkansas Owner Finance, LLC    143 Lily Dr.        Maumelle, AR 72113
6637417    Atlas Acquisitions LLC   294 Union St.             Hackensack, NJ 07601
6645508    Atlas Acquisitions LLC   492C Cedar Lane, Ste 442  Teaneck NJ 07666
6654011    Atlas Acquisitions LLC   492C Cedar Lane, Ste 442  Teaneck, NJ 07666
6637418    Caine & Weiner           5805 Sepulveda Blvd. 4th FL   Van Nuys, CA 91411
6637419    Cannon Finance           1425–B Airport Road       Hot Springs National, AR 71913
6637420    Capital One              P.O. Box 30281            Salt Lake City, UT 84130
6640774    Capital One Bank (USA), N.A.   4515 N Santa Fe Ave    Oklahoma City, OK 73118
6637421    Dept. of Treasury        Internal Revenue Services P.O. Box 7346    Philadelphia, PA 19101
6637422    Dept. of Workforce Services    P.O. Box 8040       Little Rock, AR 72203
6637423    EZ Rental                1001 North Missouri       West Memphis, AR 72301
6637424    First Premier            3820 North Louise         Sioux Falls, SD 57107
6637425    ICS                      10925 Otter Creek East    Mabelvale, AR 72103
6637426    Jefferson Capital Systems    PO Box 7999           Saint Cloud, MN 56302
6637427    John Gibson Auto Sales   1425 Airport Road         Hot Springs National Park, AR 71913
6640028    LVNV Funding, LLC        Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
6658842    PRIORITY INSURANCE       PO BOX 5849               NLR, AR 72119
6654091    Premier Bankcard, LLC    Jefferson Capital Systems, LLC Assignee    PO Box 7999    St Cloud, MN
           56302–9617
6637428    Progressive              P.O. Box 31260            Tampa, FL 33631
6637429    Progressive Leasing      P.O. Box 413110           Salt Lake City, UT 84141
6637430    Radiology Consultants    9601 Baptist Health Drive Suite 1100    Little Rock, AR 72205
6637431    Resurgent / Lvnv Funding Po Box 1269               Greenville, SC 29602
6637432    Snap Finance, LLC        1193 W. 2400 S            Salt Lake City, UT 84119
6637433    United States Attorney   Eastern District of Arkansas    PO Box 1229    Little Rock, AR 72203
6637434    Webbank/Fingerhut        6250 Ridgewood Road       Saint Cloud, MN 56303
```
                                                                                                TOTAL: 29