United States Bankruptcy Court
Eastern District of Arkansas

In re:     Case No. 21-10333-pmj
Stephanie Dollar     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0860-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: pdf09Ds | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie Dollar, 401 High Hill Rd., North Little Rock, AR 72116-7209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Debtor Stephanie Dollar bcwlawecf@gmail.com;R41121@notify.bestcase.com |
| Joyce Bradley Babin | ecfmail@13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: STEPHANIE DOLLAR  　　　　　　　　　　　　CASE NO: 4:21-bk-10333 J
　　　　DEBTOR  　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## CHAPTER 13 ORDER OF COMPENSATION
## FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, Brian Christopher Wilson, on June 30, 2021, Docket Entry 42, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $375.00 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.

Date: August 02, 2021　　　　　　　　　　　　　　/s/ PHYLLIS M. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS M. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Comments:
　　Motion to Borrow/Incur 4/23/21 #31

cc:　Joyce Bradley Babin, Trustee

　　Brian Christopher Wilson
　　P O Box 3098
　　Little Rock, AR  72203

　　STEPHANIE DOLLAR
　　401 High Hill Rd.
　　North Little Rock, AR  72116

GO11-26b / rm / **