IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: STEPHANIE DOLLAR  
      DEBTOR

CASE NO: 4:21-bk-10333 J  
CHAPTER 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on November 04, 2021, as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on November 30, 2021. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

The debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:   January 2022 through June 2022.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtor complying with the above provision(s). Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date:  December 01, 2021

/s/ PHYLLIS M. JONES  
PHYLLIS M. JONES  
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

    Brian Christopher Wilson, Attorney for Debtor

    STEPHANIE DOLLAR  
    401 High Hill Rd.  
    North Little Rock, AR  72116

GO11-11a/ 121 Strict Compliance Order / tr