# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: admin | Date Created: 2/16/2022 |
| Case: 4:21–bk–10333 | Form ID: pdf03As | Total: 32 |

**Recipients of Notice of Electronic Filing:**
```
ust      U.S. Trustee (ust)           USTPRegion13.LR.ECF@usdoj.gov
tr       Joyce Bradley Babin          ecfmail@13ark.com
aty      Brian Christopher Wilson     bcwlaw@yahoo.com
```
                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db        Stephanie Dollar         401 High Hill Rd.        North Little Rock, AR 72116
6637414   American First Finance   3515 N. Ridge Rd. #200   Wichita, KS 67205
6651416   American First Finance   c/o Becket and Lee LLP   PO Box 3002    Malvern, PA 19355–0702
6637415   Arkansas DF&A            Revenue Legal Counsel    P.O. Box 1272    Little Rock, AR 72203
6637416   Arkansas Owner Finance, LLC    143 Lily Dr.      Maumelle, AR 72113
6637417   Atlas Acquisitions LLC   294 Union St.            Hackensack, NJ 07601
6645508   Atlas Acquisitions LLC   492C Cedar Lane, Ste 442    Teaneck NJ 07666
6654011   Atlas Acquisitions LLC   492C Cedar Lane, Ste 442    Teaneck, NJ 07666
6637418   Caine & Weiner           5805 Sepulveda Blvd. 4th FL    Van Nuys, CA 91411
6637419   Cannon Finance           1425–B Airport Road     Hot Springs National, AR 71913
6637420   Capital One              P.O. Box 30281          Salt Lake City, UT 84130
6640774   Capital One Bank (USA), N.A.    4515 N Santa Fe Ave    Oklahoma City, OK 73118
6637421   Dept. of Treasury        Internal Revenue Services    P.O. Box 7346    Philadelphia, PA 19101
6637422   Dept. of Workforce Services    P.O. Box 8040     Little Rock, AR 72203
6637423   EZ Rental                1001 North Missouri     West Memphis, AR 72301
6637424   First Premier            3820 North Louise       Sioux Falls, SD 57107
6637425   ICS                      10925 Otter Creek East  Mabelvale, AR 72103
6637426   Jefferson Capital Systems    PO Box 7999         Saint Cloud, MN 56302
6637427   John Gibson Auto Sales   1425 Airport Road       Hot Springs National Park, AR 71913
6640028   LVNV Funding, LLC        Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
6658842   PRIORITY INSURANCE       PO BOX 5849             NLR, AR 72119
6654091   Premier Bankcard, LLC    Jefferson Capital Systems, LLC Assignee    PO Box 7999    St Cloud, MN
          56302–9617
6637428   Progressive              P.O. Box 31260          Tampa, FL 33631
6637429   Progressive Leasing      P.O. Box 413110         Salt Lake City, UT 84141
6637430   Radiology Consultants    9601 Baptist Health Drive    Suite 1100    Little Rock, AR 72205
6637431   Resurgent / Lvnv Funding    Po Box 1269          Greenville, SC 29602
6637432   Snap Finance, LLC        1193 W. 2400 S          Salt Lake City, UT 84119
6637433   United States Attorney   Eastern District of Arkansas    PO Box 1229    Little Rock, AR 72203
6637434   Webbank/Fingerhut        6250 Ridgewood Road     Saint Cloud, MN 56303
```
                                                                        TOTAL: 29