United States Bankruptcy Court
Eastern District of Arkansas

In re:  Case No. 21-10333-pmj
Stephanie Dollar  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4  User: admin  Page 1 of 3
Date Rcvd: Feb 16, 2022  Form ID: pdf03As  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Dollar, 401 High Hill Rd., North Little Rock, AR 72116-7209 |
| 6637416 | + | Arkansas Owner Finance, LLC, 143 Lily Dr., Maumelle, AR 72113-5831 |
| 6637418 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 5805 Sepulveda Blvd. 4th FL, Van Nuys, CA 91411 |
| 6637419 | | Cannon Finance, 1425-B Airport Road, Hot Springs National, AR 71913 |
| 6637423 | + | EZ Rental, 1001 North Missouri, West Memphis, AR 72301-2613 |
| 6637428 | + | Progressive, P.O. Box 31260, Tampa, FL 33631-3260 |
| 6637429 | + | Progressive Leasing, P.O. Box 413110, Salt Lake City, UT 84141-0001 |
| 6637430 | + | Radiology Consultants, 9601 Baptist Health Drive, Suite 1100, Little Rock, AR 72205-6333 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6637417 | | Email/Text: bnc@atlasacq.com | Feb 16 2022 21:36:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 6645508 | | Email/Text: bnc@atlasacq.com | Feb 16 2022 21:36:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 6637414 | + | Email/Text: agency@americanfirstfinance.com | Feb 16 2022 21:36:00 | American First Finance, 3515 N. Ridge Rd. #200, Wichita, KS 67205-1206 |
| 6651416 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 21:42:41 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 6637415 | + | Email/Text: dena.wood@dfa.arkansas.gov | Feb 16 2022 21:36:00 | Arkansas DF&A, Revenue Legal Counsel, P.O. Box 1272, Little Rock, AR 72203-1272 |
| 6637420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 21:42:39 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 6640774 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 21:42:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 6637421 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2022 21:36:00 | Dept. of Treasury, Internal Revenue Services, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 6637422 | + | Email/Text: kristina.jacks@arkansas.gov | Feb 16 2022 21:36:00 | Dept. of Workforce Services, P.O. Box 8040, Little Rock, AR 72203-8040 |
| 6637424 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 16 2022 21:42:40 | First Premier, 3820 North Louise, Sioux Falls, SD 57107-0145 |
| 6637425 | + | Email/Text: Bankruptcy@FCScollects.com | Feb 16 2022 21:36:00 | ICS, 10925 Otter Creek East, Mabelvale, AR 72103-1661 |
| 6637426 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 16 2022 21:36:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 6637427 | + | Email/Text: verityj22@hotmail.com | Feb 16 2022 21:36:00 | John Gibson Auto Sales, 1425 Airport Road, Hot |

| District/off: 0860-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: pdf03As | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Springs National Park, AR 71913-7955 |
| 6640028 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 21:42:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 6658842 | + | Email/Text: gayep@priorityins.com | Feb 16 2022 21:36:00 | PRIORITY INSURANCE, PO BOX 5849, NLR, AR 72119-5849 |
| 6654091 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 16 2022 21:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN 56302-7999 |
| 6637431 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 21:42:43 | Resurgent / Lvnv Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 6637432 | | Email/Text: bankruptcy@snapfinance.com | Feb 16 2022 21:36:00 | Snap Finance, LLC, 1193 W. 2400 S, Salt Lake City, UT 84119 |
| 6637433 | + | Email/Text: USAARE.Bankruptcy@usdoj.gov | Feb 16 2022 21:36:00 | United States Attorney, Eastern District of Arkansas, PO Box 1229, Little Rock, AR 72203-1229 |
| 6637434 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 16 2022 21:36:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6654011 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Debtor Stephanie Dollar bcwlawecf@gmail.com;R41121@notify.bestcase.com |
| Joyce Bradley Babin | ecfmail@13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

District/off: 0860-4 User: admin Page 3 of 3
Date Rcvd: Feb 16, 2022 Form ID: pdf03As Total Noticed: 28
TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: STEPHANIE DOLLAR　　　　　　　　　　　　　　　　　　CASE NO: 4:21-bk-10333 J
　　　　DEBTOR　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AS MODIFIED ON January 21, 2022

The court finds that the modified plan as filed by the debtor on January 21, 2022, complies with all provisions of Chapter 13 and with all other provisions of Title 11 of the United States Code; that all fees, charges, or amounts required under Chapter 123 of Title 28 or by the plan, to be paid before confirmation, have been paid; that the plan has been proposed in good faith and not by any means forbidden by law; that the plan complies with Section 1325 of the United States Bankruptcy Code, and that the plan should be confirmed. Therefore,

IT IS ORDERED:

1. All objections to the modified plan are withdrawn or, by entry of this order, overruled. The plan should be and hereby is confirmed. To effectuate the plan, the debtor shall pay to the Trustee according to the plan, which plan shall be in compliance with applicable federal law. The payments shall continue until further orders of the court.

2. Notwithstanding any plan term to the contrary, the debtor may not obtain a refund or disbursement from the Trustee without a court order after notice and hearing, except that upon conversion to a Chapter 7 case, the Trustee is ordered to return undistributed postpetition wages or regular income to the debtor unless otherwise ordered by the court.

3. Notwithstanding the provisions of the chapter 13 plan, the Trustee shall receive such percentage fee of plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. § 586 and pursuant to 11 U.S.C. § 1326(b)(2).

4. Whenever the plan confirmed by this Order refers to the debt, debts, claim or claims of creditors, such reference shall be construed to mean allowed claim or allowed claims. The total amount of an allowed claim shall be the amount stated on a proof of claim properly filed by or on behalf of such creditor, unless the Court determines a different amount following the filing of an objection to such claim.

5. Additional terms to be incorporated into the plan:

IT IS SO ORDERED.

Date: February 16, 2022　　　　　　　　　　　　　　　　　/s/ Phyllis M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phyllis M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:　　Joyce Bradley Babin
　　　　Brian Christopher Wilson
　　　　Stephanie Dollar
　　　　All Creditors

GO 11-6 / an / 215